THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-5219-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge (Dkt. No. 19), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The Commissioner's decision to deny benefits is REVERSED and REMANDED to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

DATED this 30th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-5219-JCC
PAGE - 1